UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARGARET MCKINLEY and NICHOLAS )
BOWES, individually and on behalf of all others )
similarly situated, )
 )
    Plaintiffs, )
 ) Case No. 1:15-cv-00096-TSB
vs. )
 ) Judge Timothy S. Black
ANTHEM, INC. and COMMUNITY )
INSURANCE COMPANY, ) Magistrate Judge Bowman
 )
    Defendants. )

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE SECTION 1407 TRANSFER MOTION**

This matter came before the Court on Plaintiffs Margaret McKinley and Nicholas Bowes and Defendants Anthem, Inc. and Community Insurance Company's Joint Motion to Stay Proceedings Pending Resolution of the Section 1407 Transfer Motion and the Memorandum in Support. The Court, being duly advised, hereby GRANTS the motion.

IT IS HEREBY ORDERED THAT this action and all deadlines are stayed until the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion for MDL centralization in *In re: Anthem, Inc. Customer Data Security Breach Litigation*, MDL No. 2617 and either (a) a scheduling order is entered by the United States District Court to which the JPML transfers this case governing further proceedings in in this case, or (b) if centralization is denied, 21 days after the JPML acts.

Dated: 3/16/15

_____
UNITED STATES DISTRICT JUDGE